In re:                                                                                               Case No. 21-61374-rk

Jacob D Kudro                                                                                    Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-6                                    User: admin                                                              Page 1 of 2

Date Rcvd: Oct 27, 2021                          Form ID: 309A                                                  Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jacob D Kudro, 805 Arlington Ave, Mansfield, OH 44903-7019 |
| 27087644 | + | A.R. Building Company, PO Box 828, Mars, PA 16046-0828 |
| 27087645 | + | ACN Group LLC, PO Box 1351, Painesville, OH 44077-8351 |
| 27087648 | + | ANGELA TENNANT, 805 Arlington Ave, Mansfield, OH 44903-7019 |
| 27087651 | + | Career Step, 2901 Ashton Blvd. Suite 101, Lehi, UT 84043-5495 |
| 27087652 | + | Charles McGee, 206 Center Ave, Follansbee, WV 26037-1800 |
| 27087654 | + | Heritage Christian Counseling Ministries, 1066 Lexington Ave, Mansfield, OH 44907-2250 |
| 27087655 | + | I&R Properties, Inc., 3660 Center Road, Unit 301, Brunswick, OH 44212-3620 |
| 27087656 | + | I&R Properties, Inc. / Norwalk-Key Properties, 3660 Center Road, Unit 301, Brunswick, OH 44212-3620 |
| 27087657 | + | Keystone Collections Group, PO Box 519, Irwin, PA 15642-0519 |
| 27087658 | + | Monterey Financial Services Inc., 4095 Avenida De La Plata, Oceanside, CA 92056-5802 |
| 27087659 | + | NORWALK-KEY PROPERTIES LTD, 3660 Center Road, Unit 301, Brunswick, OH 44212-3620 |
| 27087660 | + | Owens Community College, PO BOX 10000, Toledo, OH 43699-1947 |
| 27087661 | + | Radiology Associates, PO BOX 5307, Lima, OH 45802-5307 |
| 27087663 | + | Sunrise Credit Service, 260 Airport Plaza Blvd, Farmingdale, NY 11735-4021 |
| 27087665 | + | The CHARTE Center Inc., 5725 Forward Ave, Apt D8, Pittsburgh, PA 15217-2263 |
| 27087667 | + | Thomas P. Owen, Esq., Powers Friedman Linn, PLL, 25550 Chargrin Blvd., Suite 400, Cleveland, OH 44122-4640 |
| 27087668 | + | Tom Kudro, 1015 N Main St. Lot 41, Clyde, OH 43410-1282 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: jc@jcelgin.com | Oct 27 2021 20:35:00 | Jonathon Carl Elgin, JC Elgin Co., LPA, 19 Seneca Dr, Shelby, OH 44875 |
| tr | + | EDI: BJLMASON.COM | Oct 28 2021 00:33:00 | Josiah L. Mason, Canton, 153 W Main Street, P.O. Box 345, Ashland, OH 44805-0345 |
| ust | + | Email/Text: ustpregion09.cl.ecf@usdoj.gov | Oct 27 2021 20:35:00 | Cynthia J. Thayer, US Department of Justice, 201 Superior Avenue, Suite 441, Cleveland, OH 44114-1234 |
| 27087649 | + | EDI: ATTWIREBK.COM | Oct 28 2021 00:33:00 | AT&T, 4331 Communications Dr, FL 4W, Dallas, TX 75211-1300 |
| 27087647 | + | EDI: AFNIRECOVERY.COM | Oct 28 2021 00:33:00 | Afni, Inc., Po Box 3097, Bloomington, IL 61702-3097 |
| 27087650 | + | EDI: CAPITALONE.COM | Oct 28 2021 00:33:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 27087653 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 27 2021 20:35:00 | Credit Acceptance Corp, Po Box 513, Southfield, MI 48037-0513 |
| 27087662 | + | Email/Text: bankruptcy@rentacenter.com | Oct 27 2021 20:36:00 | Rent-a-Center, ATTN: Bankruptcy, 5501 Headquarters Dr., Plano, TX 75024-5845 |
| 27087664 | | EDI: AISTMBL.COM | Oct 28 2021 00:33:00 | T Mobile, PO Box 53410, Bellevue, WA 98015 |
| 27087666 | + | Email/Text: bankruptcy@huntington.com | | |

|  |  | Oct 27 2021 20:35:00 | The Huntington Natl Ba, Po Box 1558, Columbus, OH 43216-1558 |
|---|---|---|---|
| 27087669 | + EDI: VERIZONCOMB.COM | | |
|  |  | Oct 28 2021 00:33:00 | Verizon Wireless Bankruptcy Dept, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 27087646 | *+ | ACN Group, LLC, PO Box 1351, Painesville, OH 44077-8351 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2021      Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jonathon Carl Elgin | |
| | on behalf of Debtor Jacob D Kudro jc@jcelgin.com  jc@jcelginlaw.com |
| Josiah L. Mason | |
| | jlmasontrustee@joemasonlaw.com  oh23@ecfcbis.com |

TOTAL: 2

| | | |
|---|---|---|
| Debtor 1 | **Jacob D Kudro** | Social Security number or ITIN: xxx–xx–4221 |
| | First Name   Middle Name   Last Name | EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2 | | Social Security number or ITIN: _ _ _ _ |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: Northern District of Ohio | | Date case filed for chapter:   7   10/25/21 |
| Case number: 21–61374–rk | | |

## Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

---

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Jacob D Kudro | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 805 Arlington Ave<br>Mansfield, OH 44903 | | |
| 4. | **Debtor's attorney**<br>Name and address | Jonathon Carl Elgin<br>JC Elgin Co., LPA<br>19 Seneca Dr<br>Shelby, OH 44875 | | Contact phone 567–275–1040<br><br>Email:  jc@jcelgin.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Josiah L. Mason<br>Canton<br>153 W Main Street<br>P.O. Box 345<br>Ashland, OH 44805–2219 | | Contact phone (419) 289–1600<br><br>Email:  jlmasontrustee@joemasonlaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| 6. | **Bankruptcy clerk's office** | United States Bankruptcy Court<br>Ralph Regula U.S. Courthouse<br>401 McKinley Avenue SW<br>Canton, OH 44702 | Hours open:<br>9:00 AM – 4:00 PM<br><br>Contact phone 330–458–2120<br><br>Date: 10/27/21 |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | | |

| 7. | **Meeting of creditors** | **December 16, 2021 at 09:00 AM** | Location: |
|---|---|---|---|
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**\*\*\* Valid photo identification required \*\*\***<br>**\*\*\* Proof of Social Security Number required \*\*\*** | **341 meeting will be conducted remotely. Please check the docket or with the case trustee for procedures.** |

| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | |
|---|---|---|---|
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |

| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 2/14/22** |
|---|---|---|---|
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|---|
| | Please do not file a proof of claim unless you receive a notice to do so. | |

| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|---|

| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|---|