UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO:21-61374 |
| | ) | |
| JACOB KUDRO | ) | JUDGE: RUSS KENDIG |
| | ) | |
| Debtor. | ) | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND OTHER PAPERS**

TO THE CLERK OF THE COURT AND ALL OTHER PARTIES IN INTEREST:

Please note the appearance of Robert G. Friedman, Esq. of Powers Friedman Linn, PLL on behalf of Creditor I & R Properties, Inc. Managing Agent for Norwalk-Key Properties Ltd., in the above captioned proceedings. Please serve all notices, motions, applications, stipulations, orders, pleadings, and other papers on Robert G. Friedman, Esq. of Powers Friedman Linn, PLL by mailing copies of such papers to the undersigned at the address listed below.

Respectfully submitted,

/s/ Robert G. Friedman
Robert G. Friedman, Esq. (0063811)
Kyle L. Ripma, Esq. (0097184)
Powers Friedman Linn, PLL
25550 Chagrin Boulevard, Suite 400
Cleveland, Ohio  44122
Telephone (216) 514-1180
Facsimile (216) 514-1185
generalmail@pfl-law.com
*Attorneys for I & R Properties, Inc. Managing*
*Agent for Norwalk-Key Properties, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance and Request for Service of Notices and Other Papers was sent via electronically on November 2, 2021, to the following:

Jonathon Carl Elgin, Esq. Attorney for the Debtor at jc@jcelgin.com

Josiah L. Mason, Esq. Bankruptcy Trustee at jlmasontrustee@joemasonlaw.com

And by regular U.S. Mail prepaid postage to:

Jacob D. Kudro
805 Arlington Avenue
Mansfield OH 44903

/s/ Robert G. Friedman
Robert G. Friedman, Esq. (0063811)
Kyle L. Ripma, Esq. (0097184)
*Attorneys for I & R Properties, Inc. Managing Agent For Norwalk-Key Properties, Ltd.*